IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES GOODE, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 21-CV-1592 |
| | : | |
| KYLE A. RUSSELL, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 27th day of October, 2021, upon consideration of James Goode's *pro se* Amended Complaint (ECF No. 7), it is **ORDERED** that:

1. Goode's Amended Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the Court's Memorandum.

2. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/Wendy Beetlestone, J.
_____
**WENDY BEETLESTONE, J.**